UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

26CR192 KMM/ECW

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARK JAMES HANSON,

Defendant.

**INDICTMENT**

18 U.S.C. § 2252(a)(4)(b)
18 U.S.C. § 2252(b)
18 U.S.C. § 2253
21 U.S.C. § 853(p)

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Possession of Child Pornography)

On or about September 17, 2025, in the State and District of Minnesota, and elsewhere, the defendant,

**MARK JAMES HANSON,**

did knowingly and intentionally possess one or more matters which contained visual depictions that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means including by computer, and that was produced using materials that had been shipped and transported in and affecting such commerce by any means, including by computer, where such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, including, but not limited to, the following computer video file:

LT SCANNED
OCT 22 2026
U.S. DISTRICT COURT MPLS

| Count | File Name | Source | Description of File |
|---|---|---|---|
| 1 | MD5: D92CAFBD6FF4625141902334983F86DA | 1.82 TB Full Image.E01 - External Harddrive | Image of a minor female standing naked in what appears to be a school gymnasium with blue mats. |
| 1 | MD5: FB51670049DCB0D3C8D9FF385DC55914 | 1.82 TB Full Image.E01 - External Harddrive | Image of a minor female naked on a bed looking down with what appears to be a naked adult male in the scene behind her. |

all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

Upon conviction of the foregoing offense, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, data disc, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110, United States Code;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses;

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property. The property subject to forfeiture upon conviction of Count 1 includes, but is not limited to the following property:

(a) a Western Digital My Passport Ultra hard Drive, SN: WXG1AA3R9582;

(b) a Seagate Expansion Portable Drive 2 TB Hard Drive, SN: NA4CVVPB;

(c) a DVD-RW labeled Tess Allen, Asobii, Princess Lover Oval;

(d) a Memorex CD-RW;

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

UNITED STATES ATTORNEY

FOREPERSON